IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01675-LTB-BNB

DARRELL FORTNER, and
JENNIFER FORTNER,

Plaintiffs,

v.

RENE CARTIER,
DEAN EASTEPP, and
BARBARA HUGHES,

Defendants.
_____

## ORDER
_____

This matter is before me on **Defendants Cartier and Hughes' Motion to Stay** [Doc. # 27, filed 11/1/2007] (the "Motion"). I held a hearing on the Motion and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. This action is STAYED pending the determination of Defendants Cartier and Hughes' Motion to Dismiss or for Summary Judgment [Doc. # 25]. Behrens v. Pelletier, 516 U.S. 299, 308 (1996); Barney v. Pulsipher, 143 F.3d 1299, 1309 n.9 (10th Cir. 1998); Workman v. Jordan, 958 F.2d 332, 335 (10th Cir. 1992).

Dated December 4, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge