IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 07-cv-01675-LTB-KMT

DARRELL FORTNER, and
JENNIFER FORTNER,

       Plaintiffs,

v.

RENE CARTIER,
DEAN EASTEPP, and
BARBARA HUGHES,

       Defendants.

---

## ORDER

---

This case is before me on the recommendation of the Magistrate Judge issued and served on August 25, 2008 (Doc 45). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted as follows:

1. Defendant Dean Eastepp's Motion for Summary Judgment (Doc 16) is GRANTED.

2. Defendants Cartier and Hughes' Motion to Dismiss or for Summary Judgment (Doc 25) is GRANTED.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: September 17, 2008